PROB 22
(MD/PA 6/2013)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** *(Tran. Court)* | 3:15-175 |
| **DOCKET NUMBER** *(Rec. Court)* | 2:20CR328 (KM) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joshua Harris | Middle District of Pennsylvania | Scranton |
| | **NAME OF SENTENCING JUDGE** Malachy E. Mannion, United States District Judge | |
| | **DATES OF** Supervised Release | **FROM** January 10, 2020    **TO** January 9, 2023 |

**OFFENSE**

Use of a Firearm, During and in Relation to, and in Furtherance of a Drug Trafficking Crime – [18 U.S.C. § 924(c)(1)(A)]

---

*PART 1 - ORDER TRANSFERRING JURISDICTION*

UNITED STATES DISTRICT COURT FOR THE    Middle    DISTRICT OF    Pennsylvania

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of New Jersey    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

| 4/14/20 | s/ Malachy E. Mannion |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

*PART 2 - ORDER ACCEPTING JURISDICTION*

UNITED STATES DISTRICT COURT FOR THE      DISTRICT OF    New Jersey

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 4/20/2020 | s/ Kevin McNulty, U.S. District Judge |
|---|---|
| *Effective Date* | *United States District Judge* |